IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) | Criminal No. 18-286 |
| vs. | | |
| SHERRY COLLINGWOOD,<br>Defendant. | | |

AMBROSE, Senior District Judge

## CHANGE OF PLEA

AND NOW, the Defendant in the above-captioned case hereby withdraws his plea of not guilty entered on November 13, 2018, and now pleads guilty in open court this JULY 2, 2020, to Count 1 of the Indictment.

_____
Defendant

_____
Attorney for Defendant